IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Criminal No. 07-362 |
| | ) | |
| PERRY LOWE, III, | ) | |
| Defendant. | ) | |

O R D E R

AND NOW, this 3 day of March, 2008, it appearing that further proceedings cannot be held in this case because defendant is a fugitive and a warrant for arrest has been issued, IT IS HEREBY ORDERED that the case will be returned to the Clerk of Court until such time as action by the Court may be required.

BY THE COURT:

/s/ [signature], J.

cc: Craig W. Haller
Assistant United States Attorney

United States Marshal